# Third District Court of Appeal

## State of Florida

Opinion filed April 29, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-1767
Lower Tribunal No. D22-15343 TP

————————————

**T.O., the Mother,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

T.O., the Mother, in proper person.

Karla Perkins, for appellee Department of Children and Families; Sara Elizabeth Goldfarb and Laura J. Lee (Tallahassee), for appellee Guardian ad Litem.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.